PROB 12C

# United States District Court
## for
## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Strickland                                      Docket Number: 2010-0074
                                                                         PACTS Number: 25800

Name of Sentencing Judicial Officer: HONORABLE KATHARINE S. HAYDEN
                                     SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/31/01

Original Offense: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE, U.S.C. 846

Original Sentence: 324 months imprisonment; 5 years supervised release.

Type of Supervision: Supervised Release              Date Supervision Commenced: 12/19/09

Assistant U.S. Attorney: Not Assigned
Defense Attorney: Not Assigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | The offender has not reported to the probation office since August 2010. His current whereabouts are unknown.. |

I declare under penalty of perjury that the foregoing is true and correct.

By: *Mark Hengemuhle/lp*
Mark Hengemuhle Supervising
U.S. Probation Officer
Date: 12/9/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action

*Katharine Hayden*
Signature of Judicial Officer

12/9/10
Date